CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHELLE LO (NYRN 4325163)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7180
Facsimile: (415) 436-6748
Michelle.Lo@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIZBETH MORELIS IBANEZ DAZA,<br><br>  Petitioner,<br><br>  v.<br><br>SERGIO ALBARRAN, Field Office Director of U.S. Immigration & Customs Enforcement, et al.,<br><br>  Respondents, | Case No. 3:25-cv-10214-RFL<br><br>**STIPULATION AND [<s>PROPOSED</s>] ORDER TO MODIFY BRIEFING AND HEARING SCHEDULE ON ORDER TO SHOW CAUSE; DECLARATION** |

Pursuant to Civil Local Rules 6-2 and 7-12, Petitioner and Respondents hereby stipulate and request that the Court modify the briefing and hearing schedule on the order to Respondents to show cause why a preliminary injunction should not issue. The parties seek this modification in order to provide Respondents additional time to prepare their response. In support of this request, the parties state as follows:

1. On November 25, 2025, Petitioner filed a Petition for Writ of Habeas Corpus against Respondents and an Ex Parte Motion for Temporary Restraining Order. Dkt. Nos. 1, 3, 4.

2. On November 25, 2025, the Court issued an order granting Petitioner's Ex Parte Motion for Temporary Restraining Order. Dkt. No. 8. The Court ordered Respondents to immediately release

1  Petitioner from custody and enjoined and restrained Respondents from re-detaining Petitioner without
2  notice and a pre-deprivation hearing. *Id.* The Court's Order is in effect through Tuesday, December 9,
3  2025, at 9:00 p.m. *Id.*

4      3.    The Court further ordered Respondents to show cause in-person at a hearing on Tuesday,
5  December 9, 2025, at 10:00 a.m. why a preliminary injunction should not issue and to file a response to
6  Petitioner's Motion by no later than December 2, 2025, with any reply to be filed by December 4, 2025.

7      4.    Respondents seek additional time to prepare their opposition to Petitioner's Motion,
8  including an opportunity to request, obtain, and review relevant background documentation. Lo Decl.
9  ¶ 3. Counsel for the parties conferred and propose extending the schedule as follows:

10      Respondents' opposition is due by December 16, 2025;
11      Petitioner's reply is due by December 18, 2025;
12      Show cause hearing is continued to January 6, 2026.[1]

13      5.    Respondents agree that the Court's temporary restraining order remain in effect through
14  Tuesday, January 6, 2026, at 9:00 p.m. Lo Decl. ¶ 4.

15      THEREFORE, IT IS HEREBY STIPULATED that the briefing schedule is extended as set forth
16  above and the hearing on the order to show cause why a preliminary injunction should not issue is
17  continued to January 6, 2026, at 10:00 a.m.

18  **IT IS SO STIPULATED.**

19  DATED: December 2, 2025        Respectfully submitted,

20          CRAIG H. MISSAKIAN
        United States Attorney

21
22          */s/ Michelle Lo*
        Michelle Lo
        Assistant United States Attorney
23
24          Counsel for Respondents

25  DATED: December 2, 2025        */s/ Marissa Rosenberg-Carlson*

26

---

27  [1] Once Petitioner's motion is fully briefed, the parties will confer as to whether it is appropriate to
28  submit on the papers.

STIPULATION & [~~PROPOSED~~] ORDER TO MODIFY BRIEFING & HEARING SCHEDULE ON ORDER TO SHOW CAUSE
NO. 3:25-CV-10214-RFL

1
2
3

                                                _____
                                                Marissa Rosenberg-Carlson
                                                Mission Action

                                                Counsel for Petitioner

### ECF ATTESTATION

*In compliance with Civil L.R. 5-1(i)(3), the filer of this document attests under penalty of perjury that each of the other signatories have concurred in the filing of this document.

STIPULATION & [PROPOSED] ORDER TO MODIFY BRIEFING & HEARING SCHEDULE ON ORDER TO SHOW CAUSE
NO. 3:25-CV-10214-RFL

# DECLARATION OF MICHELLE LO

I, Michelle Lo, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for the Respondents in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. I submit this declaration pursuant to Civil Local Rules 6-2 and 7-12 in support of the parties' Stipulation to Modify Briefing and Hearing Schedule on Order to Show Cause.

3. Respondents seek additional time to prepare their opposition to Petitioner's Motion, including an opportunity to request, obtain, and review relevant background documentation. I conferred with counsel for the Petitioner, who agreed to extend the briefing schedule by two weeks. The parties further request that the Court continue the hearing on the order to show cause to January 6, 2026.

4. Respondents agree that the Court's temporary restraining order, Dkt. No. 8, will be extended and remain in effect through Tuesday, January 6, 2026, at 9:00 p.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 2, 2025                  */s/ Michelle Lo*
                                          Michelle Lo

1 **[~~PROPOSED~~] ORDER**

2　　Pursuant to stipulation, IT IS SO ORDERED.  The hearing on the order to show cause why a
3 preliminary injunction should not issue is continued to January 6, 2026, at 10:00 a.m. in Courtroom 15
4 at the San Francisco Courthouse.  Respondents shall file a response to the Motion by no later than
5 December 16, 2025.  Any reply shall be filed by December 18, 2025.  The temporary restraining order is
6 extended and remains in effect through Tuesday, January 6, 2026, at 9:00 p.m.

7　　IT IS SO ORDERED.

9 DATED:  **December 3, 2025**　　　　　　　　　_____
10　　　　　　　　　　　　　　　　　　　　　　HON. RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge