UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISBETH MORELYS IBANEZ DAZA,<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | Case No. 25-cv-10214-RFL<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED AND ADJUDGED:** The petition for writ of *habeas corpus* is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 58, judgment is **ENTERED** in favor of Petitioner and against Respondents. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 2, 2026

RITA F. LIN
United States District Judge